# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                : Chapter13
Betzaida Cartagena

   (DEBTOR)                     : Bankruptcy#15-16462ELF13

## Objection to Certificate of Default

Debtor objects to the Certificate of Default.  The default letter was delivered next door to a neighbor.  The neighbor was away and the Debtor just got the default letter today.  Debtor remitted a mortgage payment in May and can cure all arrears under this stipulation.  Debtor opposes the entry of a Relief Order.

                                  Respectfully submitted,

DATED: July 28, 2015          _____/s/_____
                                      Michael A. Cataldo, Esquire
                                      Cibik and Cataldo, P.C.
                                      1500 Walnut Street, Suite 900
                                      Philadelphia, PA 19102
                                      (215) 735-1060