# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Betzaida Cartagena
                    Debtor

                                                                            Chapter 13

MidFirst Bank
                    Movant
            v.                                                              NO. 15-16462 ELF
Betzaida Cartagena
                    Debtor

William C. Miller, Esq.
                    Trustee

## ORDER

AND NOW, this 16th day of August, 2017 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on May 5, 2017, and the withdrawal of the objection thereto, it is **ORDERED** that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified as to the Movant, MidFirst Bank, or its successor or assignee, with regard to the premises at 4304 Comly Street Philadelphia, PA 19135, so as to allow MidFirst Bank, or its successor or assignee, to proceed with its *in rem* rights and remedies under the terms of the mortgage and to pursue its *in rem* State Court remedies, which may include continuation or commencement of mortgage foreclosure proceedings against the mortgaged premises, and the execution of judgment and Sheriff's Sale of the premises, among other remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**