**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BETZAIDA CARTAGENA                                    Chapter 13

         Debtor                    Bankruptcy No. 15-16462-ELF

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

        **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

        **ORDERED**, that any wage orders are hereby vacated.

**Date: September 20, 2017**_____
                                    Eric L. Frank
                                    ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
BETZAIDA CARTAGENA

4304 COMLY STREET

PHILADELPHIA, PA 19135-