```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 15-16462-elf
Betzaida Cartagena                                              Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: DonnaR              Page 1 of 2              Date Rcvd: Sep 20, 2017
                              Form ID: pdf900           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db            +Betzaida Cartagena,    4304 Comly Street,    Philadelphia, PA 19135-3906
13599113      +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13599119      +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
13599120      +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13599121       Holy Redeemer Health Center,    PO Box 8500-2900,    Philadelphia, PA 19178-8500
13599123      +Jeanes Hospital,    7600 Central Avenue,    Philadelphia, PA 19111-2499
13599124      +Jos Miller & Sons,    413 W. Dauphin Street,    Philadelphia, PA 19133-2998
13599125      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13599126      +Merchants Assoc Coll D,    Po Box 173025,    Tampa, FL 33672-1025
13628495      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13599127      +Midland Mortgage Co.,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
13599128      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                Oklahoma City, OK 73126-0648
13599129       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                Harrisburg, PA 17120-0946
13599131      +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13599132       Quest Diagnostics,    P.O. Box 7306,    Hollister, MO 65673-7306
13599133      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                Chicago, IL 60661-3631
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Sep 21 2017 01:40:23     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2017 01:40:01
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 21 2017 01:40:21     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13599116       E-mail/Text: bankruptcy@phila.gov Sep 21 2017 01:40:23     City Of Philadelphia,
                Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13599117       E-mail/Text: bankruptcy@phila.gov Sep 21 2017 01:40:23     City of Philadelphia,
                Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13599114      +E-mail/Text: ecf@ccpclaw.com Sep 21 2017 01:39:52     Cibik and Cataldo, P.C.,
                1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
13599118      +E-mail/Text: bknotice@erccollections.com Sep 21 2017 01:40:14     Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13599122       E-mail/Text: cio.bncmail@irs.gov Sep 21 2017 01:39:55     I.R.S.,   P.O. Box 7346,
                Philadelphia, PA 19101-7346
13614492       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2017 01:43:03
                LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13599130       E-mail/Text: bankruptcygroup@peco-energy.com Sep 21 2017 01:39:58     Peco Energy,
                2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13599115*     +Cibik and Cataldo, P.C.,    1500 Walnut Street,   Suite 900,    Philadelphia, PA 19102-3518
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                    Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR                 Page 2 of 2                  Date Rcvd: Sep 20, 2017
                              Form ID: pdf900              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor   Betzaida  Cartagena ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor   Betzaida  Cartagena ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BETZAIDA CARTAGENA                             Chapter 13

                    Debtor            Bankruptcy No. 15-16462-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: September 20, 2017**_____
                                                          Eric L. Frank
                                                          Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
BETZAIDA CARTAGENA

4304 COMLY STREET

PHILADELPHIA, PA 19135-